Southern District of Texas
**ENTERED**
December 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF HIGMAN BARGE LINES, INC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § | CIVIL ACTION NO. 2:18-cv-309<br><br>RULE 9(h) ADMIRALTY<br>NON-JURY |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Pending before the Court is the Limitation Petitioner's Motion for Default Judgment. The Court, having duly issued a monition against all persons claiming damages for any and all loss, damage, or injury caused by or resulting from the incident alleged to have occurred on or about August 25, 2017, as set forth in the Complaint herein, and requiring them to make proof of their claims on or before, August 24, 2018, at the office of the Clerk of Court for the United States District Court, Southern District of Texas, subject to the right of any person interested to question or controvert the same, and publication of said monition having been duly given as required by the rules and practices of this Court, all of which appears by the returns filed herein, wherein it appears from the records of said Court that the claims of Downtown Diversified Realty, LLC, SRKI, L.P., Thru Line LP, and LMBI, L.P. have been presented by said monition.

And it also appearing that due proclamation having been made for all persons, corporations, or other entities having or claiming damage for any and all loss, damage, and injury arising out of said alleged accident to appear and answer the Complaint herein and present their claims, and no other person, corporation, or other entity having appeared.

Now, on motion it is

**ORDERED** that all persons, corporations, or other entities claiming damages against Limitation Petitioner Higman Barge Lines, Inc. as owner of the M/V SANDY POINT, HTCO 3105, and HTCO 3113, for any and all loss, damage, or injury caused by or resulting from the

aforesaid incident and not having filed the claim as aforesaid, be and the same hereby are defaulted. It is further

**ORDERED** that all persons, corporations, or other entities in default as aforesaid be and the same hereby are barred and precluded from filing any claims and answers in this action against Limitation Petitioner Higman Barge Lines, Inc. as owner of the M/V SANDY POINT, HTCO 3105, and HTCO 3113.

ORDERED this 21st day of December, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE